## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 32 | **DATE** | 1/15/2008 |
| **CASE TITLE** | United States vs. Ikuko Onoe | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Ikuko Onoe.

| | Courtroom Deputy Initials: | KF |
|---|---|---|