## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 32 | **DATE** | 1/16/2008 |
| **CASE TITLE** | United States vs. Ikuko Onoe | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/16/08. Defendant appears in response to arrest on 1/15/08. Defendant informed of her rights. Enter Order appointing Gregory Mitchell as counsel for defendant. Government's oral motion for detention is granted; defendant having waived the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives her right to preliminary examination.  Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|