**MAGISTRATE JUDGE NOLAN**



FILED

J.N  FEB 1 ~ 2008
FEB 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | 08 CR 32   JUDGE DER-YEGHIAYAN |
|---|---|
| v. | Violation: Title 8, United States Code, Sections 1326(a); and Title 6, United States Code, Section 202(4) |
| IKUKO ONOE | |

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 13, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

IKUKO ONOE

defendant herein, an alien who previously had been deported and removed from the United States on or about October 23, 2007, and who previously had been denied admission to the United States on or about January 2, 2008, attempted to enter the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY