UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   US v. Ikuko Onoe, 08 CR 32 — Mason

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO ☒ YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒  YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............. (II)
   ☐ Criminal Antitrust ...... (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary ............. (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement .... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud ......... (II)
   ☐ Postal Fraud ............. (II)
   ☐ Other Fraud .............. (III)
   ☐ Auto Theft ............... (IV)
   ☐ Transporting Forged Securities . (III)
   ☐ Forgery .................. (III)
   ☐ Counterfeiting ........... (III)
   ☐ Sex Offenses ............. (II)
   ☐ DAPCA Marijuana .......... (III)
   ☐ DAPCA Narcotics .......... (III)

   ☐ DAPCA Controlled Substances .. (III)
   ☐ Miscellaneous General Offenses . (IV)
   ☒ Immigration Laws .......... (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws ......... (IV)
   ☐ Motor Carrier Act ........ (IV)
   ☐ Selective Service Act ..... (IV)
   ☐ Obscene Mail ............. (III)
   ☐ Other Federal Statutes ..... (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

    8 USC § 1326(a)

    _____
    Assistant United States Attorney

(Revised 12/99)