Minute Order Form (rev. 4/99)

**JUDGE DER-YEGHIAYAN**

08 GJ 0061

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**MAGISTRATE JUDGE NOLAN**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0032 | DATE | FEBRUARY 13, 2008 |
| CASE TITLE | US v. IKUKO ONOE | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

**RECEIVED**

FEB 1 3 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#