## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA
  Plaintiff,

v.  Case No.: 1:08−cr−00032
  Honorable Samuel Der−Yeghiayan

Ikuko Onoe
  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2008:

  MINUTE entry before Judge Samuel Der−Yeghiayan as to defendant Ikuko Onoe: Defendant's request to continue arraignment is granted. Arraignment and plea reset to 02/20/08 at 11:00 a.m. Arraignment and plea set for 02/19/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.