IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 32 |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| IKUKO ONOE | ) | |

**DEFENDANT ONOE'S MOTION REQUESTING AN ORDER AUTHORIZING THE EARLY RETURN OF TRIAL SUBPOENAS PURSUANT TO RULE 17(C) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Now comes defendant IKUKO ONOE, by and through her attorney, Gregory T. Mitchell, and respectfully moves for order authorizing the early return of trial subpoenas in accordance with Rule 17(c) of the Federal Rules of Criminal Procedure.   In support of this motion the following is submitted:

1.  Defendant IKUKO ONOE was arrested and detained on January 13, 2008, by the department of Homeland Security and the Bureau of Immigration and Customs Enforcement after being charged with unlawful re-entry into the United States, a violation of being Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

2.  On February 13, 2008, the Special March 2007 Grand Jury returned a one-count indictment charging defendant OKUKO ONOE with violating Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4) – attempting to enter the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication, after

1

being deported and removed from the United States on or about October 23, 2007. Defendant ONOE remains in custody.

    3.  During the course of my investigation, and in preparation of trial, counsel learned that attorney, Theodore C. Stamatakos, Associate General Counsel, Office of Legal Counsel, University of Chicago has compiled a detailed and exhaustive file of defendant's suspected bizarre behavior and conduct toward a University of Chicago employee.  In fact, preliminary discussions with Attorney Stamatakos, as well as an analysis and evaluation of materials previously disclosed by the government revealed that defendant ONOE's deportation and forced removal from the United States in October 2007 was due principally because of her alleged criminal conduct and her unsolicited romantic correspondence made toward this same University of Chicago employee.

    4.  Pursuant to Rule 17 (c ) of the Federal Rules of Criminal Procedure, "the court may direct that books, papers, documents or objects designated in the subpoena be produced before the court at a time prior to the trial or prior to the time when they are to be offered into evidence . . ." Fed. R. Crim. P. 17 (c).

    5.  Because the information contained in this University of Chicago file is essential for the proper preparation and evaluation of any potential defense to the federal charge in this case, it is respectfully requested that the court issue an order for the early return of trial subpoenas and to grant counsel authority to immediately demand that the University of Chicago, Office of Legal Counsel immediately surrender, release and disclosure the full contents of the above describes file, as well as any all records, files, reports and psychological evaluations pertaining to defendant OKUKO ONOE, not protected by any legal privilege.

Respectfully submitted,

/s/Gregory T. Mitchell
Gregory T. Mitchell
Law Office of Gregory T. Mitchell, P.C.
18141 Dixie Highway, Suite 111
Homewood, Illinois 60430
(708) 799-9325
Email: mitchlaw00@sbcglobal.net
Attorney for IKUKO ONOE

3