IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 32 |
| v. | ) | |
| | ) | Honorable Samuel Der-Yeghiayan |
| IKUKO ONOE, | ) | |

## NOTICE OF MOTION

To:   Christopher R. McFadden, Assistant U.S. Attorney
      Office of the United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604

Please take notice that on March 18, 2008 at 9:30 a.m. or soon as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any Judge sitting in that Judge's stead, in the courtroom usually occupied by her, located at the Dirksen Federal Building, 219 South Dearborn, Room 1903, Chicago, Illinois and present the following motion:

**DEFENDANT ONOE'S MOTION REQUESTING AN ORDER AUTHORIZING THE EARLY RETURN OF TRIAL SUBPOENAS PURSUANT TO RULE 17(C) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

electronically with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, a copy of same is attached hereto and is hereby served upon you.

/s/Gregory T. Mitchell
Gregory T. Mitchell
Attorney for Defendant Ikuko Onoe

## CERTIFICATE OF SERVICE

I, Gregory T, Mitchell, an attorney, certify that I caused copies of the described above motion, **Defendant's Request for Early Return of Trail Subpoenas , Pursuant to Rule 17 (c), Fed. R. Crim. P.,** to be served upon the person(s) below listed, on September 20th , 2007 pursuant to Local Rule 5.2 concerning ECF as to filing users.

/s/Gregory T. Mitchell
Gregory T. Mitchell
Attorney for Ikuko Onoe
Defendant