## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                             Case No.: 1:08−cr−00032
                                             Honorable Samuel Der−Yeghiayan

Ikuko Onoe

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

       MINUTE entry before Judge Samuel Der−Yeghiayan as to Defendant Ikuko Onoe: Defendant's motion for early return of trial subpoenas [12] is granted equally as to both sides. Noticed motion hearing date of 03/18/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.