IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 32 |
| v. | ) | |
| | ) | Honorable Samuel Der-Yeghiayan |
| IKUKO ONOE, | ) | |

**NOTICE OF MOTION**

To:  Christopher R. McFadden, Assistant U.S. Attorney
 Office of the United States Attorney
 219 South Dearborn Street, 5th Floor
 Chicago, Illinois 60604

 Please take notice that on May 14, 2008 at 9:00 a.m. or soon as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any Judge sitting in that Judge's stead, in the courtroom usually occupied by her, located at the Dirksen Federal Building, 219 South Dearborn, Room 1903, Chicago, Illinois and present the following motion:

**DEFENDANT ONOE'S _AGREED_ MOTION REQUESTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND FOR AN ORDER PERMITTING DEFENDANT TO FILE PRETRIAL MOTIONS UNDER SEAL IN ACCORDANCE WITH LOCAL RULE 26.2**

electronically with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, a copy of same is attached hereto and is hereby served upon you.

 /s/Gregory T. Mitchell
 Gregory T. Mitchell
 Attorney for Defendant Ikuko Onoe

## CERTIFICATE OF SERVICE

I, Gregory T, Mitchell, an attorney, certify that I caused copies of

**DEFENDANT ONOE'S *AGREED* MOTION REQUESTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND FOR AN ORDER PERMITTING DEFENDANT TO FILE PRETRIAL MOTIONS UNDER SEAL IN ACCORDANCE WITH LOCAL RULE 26.2**

to be served upon the person(s) below listed, on May 5, 2008 pursuant to Local Rule 5.2 concerning ECF as to filing users.

/s/Gregory T. Mitchell
Gregory T. Mitchell
Attorney for Ikuko Onoe
Defendant