## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 32 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Ikuko Onoe | | |

**DOCKET ENTRY TEXT**

Motion hearing held. As stated on the record, Defendant's motion for extension of time to file pretrial motions [15] is granted. As further stated on the record, Defendant is given leave to file motions under seal. Status hearing reset to 07/30/08 at 9:0 a.m. Status hearing set for 05/28/08 is stricken. In the interest of justice, the Governments oral motion to exclude time through and including 07/30/08 is granted pursuant to 18 U.S.C. §3161(h)(8)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|