# COVER SHEET FOR FILING MATERIALS UNDER SEAL
## PURSUANT TO FEDERAL RULE 5.2(d) and LOCAL RULE 5.8

Caption of the Case:

*UNITED STATES OF AMERICA v. IKUKO ONOE,* 08 CR 32

This document is filed as a restricted document under seal in accordance with an order of court issued by the Honorable Samuel Der-Yeghiayan, United States District Court, in the Northern District of Illinois, on May 14, 2008.


 /s/ Gregory T. Mitchell
Gregory T. Mitchell, Esq.
Attorney for Ikuku Onoe, Defendant
18141 Dixie Highway, Suite 111
Homewood, Illinois 60430
(708) 799-9325
Email: mitchlaw00@sbcglobal.net


Title of Document:

**DEFENDANT ONOE'S MOTION REQUESTING THAT
A PSYCHIATRIC AND/OR PSYCHOLOGICAL EXAMINATION
BE CONDUCTED IN ACCORDANCE WITH  18 U.S.C. § 4247(B) AND THE
A PSYCHIATRIC OR PSYCHOLOGICAL REPORT BE FILED
WITH THE COURT IN ACCORDANCE WITH 18 U.S.C. § 4247(C)**