IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 32 |
| v. | ) | |
| | ) | Honorable Samuel Der-Yeghiayan |
| IKUKO ONOE, | ) | |

**NOTICE OF MOTION**

To:   Christopher R. McFadden, Assistant U.S. Attorney
      Office of the United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois  60604

   Please take notice that on June 17, 2008 at 9:00 a.m. or soon as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any Judge sitting in that Judge's stead, in the courtroom usually occupied by her, located at the Dirksen Federal Building, 219 South Dearborn, Room 1903, Chicago, Illinois and present the following motion:

**DEFENDANT ONOE'S MOTION REQUESTING THAT
A PSYCHIATRIC AND/OR PSYCHOLOGICAL EXAMINATION
BE CONDUCTED IN ACCORDANCE WITH  18 U.S.C. § 4247(B) AND THE
A PSYCHIATRIC OR PSYCHOLOGICAL REPORT BE FILED
WITH THE COURT IN ACCORDANCE WITH 18 U.S.C. § 4247(C)**

*filed under seal* with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, on June 4, 2008,  a copy of same is hereby served by hand-delivery upon you.

                                /s/Gregory T. Mitchell
                                Gregory T. Mitchell
                                Attorney for Defendant Ikuko Onoe

## CERTIFICATE OF SERVICE

I, Gregory T, Mitchell, an attorney, certify that I caused copies of

**DEFENDANT ONOE'S MOTION REQUESTING THAT
A PSYCHIATRIC AND/OR PSYCHOLOGICAL EXAMINATION
BE CONDUCTED IN ACCORDANCE WITH  18 U.S.C. § 4247(B) AND THE
A PSYCHIATRIC OR PSYCHOLOGICAL REPORT BE FILED
WITH THE COURT IN ACCORDANCE WITH 18 U.S.C. § 4247(C)**

to be served upon the person(s) below listed, on June 4, 2008 pursuant to Local Rule 5.8.

/s/Gregory T. Mitchell
Gregory T. Mitchell
Attorney for Ikuko Onoe
Defendant