UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                                Plaintiff,

v.                                              Case No.: 1:08−cr−00032
                                                Honorable Samuel Der−Yeghiayan

Ikuko Onoe
                                                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Defendant Ikuko Onoe: Counsel for Defendant Ikuko Onoe's motion that a psychiatric and/or psychological examination be conducted in accordance with 18 U.S.C. 4247(B) and the a psychiatric or psychological report be filed with the court in accordance with 18 U.S.C. 4247 [18], [20] are entered and continued until 06/19/08 at 9:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.