**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                         Plaintiff,

v.                                        Case No.: 1:08−cr−00032
                                              Honorable Samuel Der−Yeghiayan

Ikuko Onoe
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Defendant Onoe's motions for a psychiatric and/or psychological examination be conducted in accordance with 18 U.S.C. 4247(B) and the a psychiatric or psychological report be filed with the court in accordance with 18 U.S.C. 4247(C) [18] and [20] are granted. As further stated on the record, Government's counsel, after conferring with Defendant's counsel, shall prepare a proposed signature order. Status hearing set for 07/30/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.