UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00032
　　　　　　　　　　　　　　　　　　　　Honorable Samuel Der−Yeghiayan

Ikuko Onoe
　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

　　　MINUTE entry before the Honorable Samuel Der−Yeghiayan: At the parties' request, status hearing reset to 09/30/08 at 9:00 a.m. Status hearing set for 07/30/08 is stricken. In the interest of justice, the Government's request to exclude time through and including 09/30/08 is granted pursuant to 18 U.S.C. §3161(h)(8)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.